QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Michael E. Williams (Bar No. 181299)
   Rachel Juarez (Bar No. 273133)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  213.443.3000
Facsimile:  213.443.3100
michaelwilliams@quinnemanuel.com
racheljuarez@quinnemanuel.com

YARMUTH WILSDON CALFO, PLLC
   Scott T. Wilsdon (*pro hac vice*)
   Jeremy E. Roller (*pro hac vice*)
818 Stewart Street, Suite 1400
Seattle, Washington 98101
Telephone:  206.516.3800
Facsimile:  206.516.3888
wilsdon@yarmuth.com
jroller@yarmuth.com

Attorneys for Plaintiff DIRECTV, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRECTV, LLC, a California limited liability company,<br><br>             Plaintiff,<br><br>       v.<br><br>LONE PINE TELEVISION COMPANY, a California corporation; BRUCE BRANSON; and KYLE WING,<br><br>             Defendants. | No.  1:12-CV-00078-AWI-GSA<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

Pursuant to Local Rule 143, and in consideration of the Settlement Agreement and Release dated March 12, 2012, it is hereby STIPULATED by and between plaintiff DIRECTV, LLC ("DIRECTV") and defendants Lone Pine Television Company, Bruce Branson and Kyle Wing (collectively, "Defendants") that the following Order of Dismissal be entered by this Court.

STIP. AND ORDER OF DISMISSAL

1

**ORDER OF DISMISSAL**

1. DIRECTV's claims against the Defendants are hereby DISMISSED with prejudice and without attorneys' fees or costs.

2. The Court shall retain jurisdiction to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and/or enforce the Settlement Agreement and Release, including the Consent to Judgment provided therein. Defendants specifically consent to personal jurisdiction and venue in the United States District Court for the Eastern District of California.

DATED this ____day of March, 2012.

Respectfully submitted,

| | |
|---|---|
| **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Michael E. Williams (Bar No. 181299)<br>Rachel Juarez (Bar No. 273133)<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543<br>Telephone:  213.443.3000<br>Facsimile:  213.443.3100<br>michaelwilliams@quinnemanuel.com<br>racheljuarez@quinnemanuel.com<br><br>**YARMUTH WILSDON CALFO PLLC**<br><br><br>By:___/s/ *Scott T. Wilsdon*_____<br>   Scott T. Wilsdon (*pro hac vice*)<br>   Jeremy E. Roller (*pro hac vice*)<br>818 Stewart Street, Suite 1400<br>Seattle, Washington 98101<br>Telephone:  206.516.3800<br>Facsimile:  206.516.3888<br>wilsdon@yarmuth.com<br>jroller@yarmuth.com<br><br>Attorneys for Plaintiff DIRECTV, LLC | **BRANSON & HENDERSON**<br><br><br>By:_____<br>   Benjamin J. Branson (Bar No.       )<br>166527 East Gunsight Drive, #131<br>Fountain Hills, AZ 85268<br>Tel. 310.880.9693<br>benjamin.branson@gmail.com<br><br>Attorneys for Defendants Lone Pine Television, Bruce Branson and Kyle Wing |

**<u>ORDER</u>**

IT IS SO ORDERED.

Dated:   March 29, 2012

CHIEF UNITED STATES DISTRICT JUDGE

STIP. AND ORDER OF DISMISSAL
3